**1**

**Pearl MUNDY et al., Appellants, v. Margaret SMITH, etc., et al.**

Circuit Court of Appeals, Eighth Circuit.
December 10, 1927.

No. 8049.

Appeal from the District Court of the United States for the Eastern District of Arkansas.

J. G. Hutchison, of Kansas City, Mo., for appellants.

George F. Haid and Benjamin A. Wood, both of St. Louis, Mo., for appellees.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellees, under rule 16.

━━━

**2**

**L. MUTHER, Plaintiff in Error, v. NELSON-RHOADS CANDY CO. et al.**

Circuit Court of Appeals, Eighth Circuit.
October 31, 1927.

No. 7549.

In Error to the District Court of the United States for the District of Colorado.

George E. Tralles and Richard K. Gandy, both of Denver, Colo., for plaintiff in error.

Ivor O. Wingren, Jacob V. Schaetzel, and Walter E. Schwed, all of Denver, Colo., for defendants in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

━━━

**3**

**NATIONAL SURETY COMPANY, Plaintiff in Error, v. PICKENS COUNTY, Defendant in Error.**

Circuit Court of Appeals, Fourth Circuit.
October 20, 1927.

No. 2661.

In Error to the District Court of the United States for the Western District of South Carolina, at Greenville.

Haynsworth & Haynsworth, of Greenville, S. C., and S. P. Hutchinson, of Atlanta, Ga., for plaintiff in error.

B. F. Martin and E. M. Blythe, both of Greenville, S. C., and Sam B. Craig and W. E. Findley, both of Pickens, S. C., for defendant in error.

PER CURIAM. Case dismissed, under rule 20, in accordance with agreement of attorneys.

━━━

**4**

**Steve NECHAY v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
November 18, 1927.

No. 5030.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Louis Fernberg, of Cleveland, Ohio, and Stewart, Bolsinger & Black, of Cincinnati, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and John B. Osmun, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM. Judgment of the District Court affirmed.

━━━

**5**

**NEW YORK LIFE INSURANCE CO. v. Marie E. O'BRIEN, Individually and as Administratrix of the Estate of Stephen L. O'Brien, Deceased, Stephen R. O'Brien, and Jean M. O'Brien.**

Circuit Court of Appeals, Sixth Circuit.
November 8, 1927.

No. 4975.

Appeal from the District Court of the United States for the Western District of Michigan; Fred M. Raymond, Judge.

See, also, 22 F.(2d) 1017.

Travis, Merrick, Warner & Johnson, of Grand Rapids, Mich., for appellant.

Martin H. Carmody and Fred P. Geib, both of Grand Rapids, Mich., for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.